IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADAM J. GUNKEL<br>    PLAINTIFF, Pro Se<br><br>VS.<br><br>OU MEDICINE, INC. d/b/a OU HEALTH<br>    DEFENDANT | )<br>)<br>) Case No: CIV-23-497-PRW<br>)<br>) JUDGE PATRICK R. WYRICK<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff, Adam J. Gunkel, gives notice that Counts 3 & 4 of the above captioned action are voluntary dismissed, without prejudice.

FILED
JUL 1 2 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIS. OKLA.
BY_____, DEPUTY

Respectfully Submitted on July 12, 2023 by:

_____
Adam Gunkel, *Pro Se*
PO Box 477
Guthrie, OK 73044
(405) 269-5076
adam.gunkel@icloud.com