IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED
JUL 12 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIS. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| ADAM J. GUNKEL ) | |
|     PLAINTIFF, Pro Se ) | |
| ) | Case No: CIV-23-497-PRW |
| VS. ) | |
| ) | JUDGE PATRICK R. WYRICK |
| OU MEDICINE, INC. d/b/a OU ) | |
| HEALTH ) | |
|     DEFENDANT ) | |

## PLAINTIFF'S MOTION TO GRANT PACER PRIVLEGES

1. Adam J. Gunkel, a *pro se* litigant, respectfully petitions the court to grant PACER privileges for the above captioned case that would allow him to file documents using PACER, receive notices, and download documents one time without a fee.

2. *Pro se* litigants are not allowed to file online using PACER in the Western District of Oklahoma. However, the assigned judge may modify Electronic Case Filing procedures in specific cases if deemed appropriate. *Electronic Filing Policies & Procedures Manual*, United States District Court Western District of Oklahoma at 2-3.[1]

3. Plaintiff is a resident of Guthrie, Oklahoma, which is located approximately 1 hour away from the courthouse. Additionally, Plaintiff has been required to pay fees for obtaining certified copies of documents he created in order to provide Defendant with prompt service by email.

---

[1] Available at: https://www.okwd.uscourts.gov/wp-content/uploads/ECF_Policies_Procedures_Manual_05-2021.pdf

1

4. Plaintiff sent Defendant a draft copy of this motion and proposed order on June 30, 2023. Defendant did not respond regarding their interest in opposing this motion.

5. A proposed order is attached to this motion and has been emailed to the presiding judge.

Respectfully Submitted on July 12, 2023 by:

_____
Adam Gunkel, *Pro Se*
PO Box 477
Guthrie, OK 73044
(405) 269-5076
adam.gunkel@icloud.com

## CERTIFICATE OF SERVICE

A certified copy of "PLAINTIFF'S MOTION TO GRANT PACER PRIVILEGES" was mailed and emailed to the attorney of record listed below for Defendant OU Medicine Inc. d/b/a OU Health on July 12, 2023, the day of filing.

Courtney K. Warmington
Fuller Tubb Bickford Warmington & Panach, PLLC
201 Robert S. Kerr, Suite 1000
Oklahoma City, OK 73102

warmington@fullertubb.com

_____
Adam Gunkel, *Pro Se*
PO Box 477
Guthrie, OK 73044
(405) 269-5076
adam.gunkel@icloud.com

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADAM J. GUNKEL ) | |
|     PLAINTIFF, Pro Se ) | |
| ) | Case No: CIV-23-497-PRW |
| VS. ) | |
| ) | JUDGE PATRICK R. WYRICK |
| OU MEDICINE, INC. d/b/a OU ) | |
| HEALTH ) | |
|     DEFENDANT ) | |

### Order Granting PACER Privileges

Pursuant to the Western District of Oklahoma's *Electronic Filing Policies & Procedures Manual*, it is ordered that for the purposes of the above captioned case the PACER account of the *pro se* litigant Adam J. Gunkel with the username adam.gunkel shall be granted PACER privileges to electronically file and receive notifications similar to an attorney admitted to practice before this court.

IT IS SO ORDERED on this date July ___, 2023.

_____
Patrick R. Wyrick
United States District Judge